# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **EIRINI SAGKLARA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 2:10-cv-445-GZS** |
| | ) | |
| **SPRAGUE ENERGY CORP.,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on July 13, 2011, his Recommended Decision (Docket No. 49). Defendant Sprague Energy Corp. filed its Opposition to the Recommended Decision (Docket No. 50) on July 27, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.  For good cause shown, it is hereby **ORDERED** that Defendant Sprague Energy's deadline for service on third-party defendant Leopard Shipping and third-party defendant Nomikos Transworld Maritime is extended *nunc pro tunc* to the date on which service was, in fact, accomplished, June 2, 2011.

3.  For good cause shown, it is hereby **ORDERED** that Defendant Sprague Energy's

deadline for service of the third-party complaint on Armada (Greece) Co. Ltd. is extended 120 days from the order to show cause, or September 23, 2011.

4.  It is hereby **ORDERED** that Defendant Sprague Energy has not demonstrated a good cause why Armada Shipping Co., Inc. has not been served; and, therefore, Defendant Sprague's third-party complaint is **DISMISSED** as to Armada Shipping Co., Inc.


/s/George Z. Singal_____
U.S. District Judge

Dated this 23rd day of August, 2011.