# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| EIRINI ZAGKLARA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket no. 2:10-cv-445-GZS |
| | ) |
| SPRAGUE ENERGY CORP., | ) |
| | ) |
| Defendant & Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LEOPARD SHIPPING et al., | ) |
| | ) |
| Third Party Defendants. | ) |
| | ) |

## ORDER & REPORT OF CONFERENCE

In accordance with the Procedural Order (Docket # 52), the Court held a conference of counsel on September 15, 2011.  Attorney David Anderson appeared for Plaintiff.   Attorney Michael Savasuk appeared for Defendant and Third-Party Plaintiff Sprague Energy Corp. Attorney John Bass appeared for Third-Party Defendants Leopard Shipping and Nomikos Transworld Maritime.  Following the Conference the Court hereby ORDERS that the following procedure be followed in connection with Defendant's motion for summary judgment:

On or before **October 17, 2011**, Defendant Sprague Energy shall file the motion for summary judgment outlined in the September 2, 2011 Pre-Filing Conference Memorandum and further outlined by Attorney Savasuk at the conference.  Plaintiff shall file any objection to the Motion within 21 days of filing in accordance with Local Rule 7(b).  Any reply shall be filed in accordance with Local Rule 7(c).  No party sought leave to exceed the page limits and, thus, the

Court expects that all filings made in connection with the motion for summary judgment will comply with page limits contained in Local Rule 7.

The Court also expects the parties' filings will comply with all aspects of Local Rule 56. Attorney Savasuk indicated that he was prepared to circulate stipulations of fact that could serve to streamline the parties' statements of material fact. The Court welcomes such a joint stipulation and reminds the parties that they are free to indicate that any such stipulations are admissions solely for purposes of the to-be-filed summary judgment motion. See D. Me. Local Rule 56(g).

In addition to any stipulations of fact, the Court urges the parties to consider submitting a single stipulated record of exhibits and deposition excerpts that all sides agree will be referenced in the statements of material facts. The submission of a stipulated record does not prevent either side from submitting additional documents with their respective statement of material facts.

Any stipulations of fact or stipulated record shall be filed on or before **October 14, 2011**. A stipulated record shall be filed as a single filing using the "Stipulated Record" event in CM/ECF and clearly attaching and labeling each separate exhibit. Once the stipulated filing is made, all statement of material fact filings shall endeavor to use the electronically generated Page ID number (found in the top right hand corner) as the pin cite for the required record citation.

Barring a grant of summary judgment or further order of the Court, this case shall be ready for trial by **February 6, 2012**.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 16th day of September, 2011.

2